David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
5502 S. Fort Apache Road, Suite 200
Las Vegas, Nevada 89148
Phone: (702) 848-3855
dkrieger@kriegerlawgroup.com
smiller@kriegerlawgroup.com
Attorneys for Plaintiff,
*Samone Session*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SAMONE SESSION,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>DATAX, LTD,<br><br>　　　　　Defendant(s). | Case No.: 2:21-cv-01887-JCM-BNW<br><br>**STIPULATION AND ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST DATAX, LTD, WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Samone Session ("Plaintiff") and DataX, Ltd ("Defendant" or "DataX"), collectively the "Parties," by and through their counsel of record, that Plaintiff's causes of action and claims against DataX are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41 (a)(2) and the Parties request that the case be closed.

-1-

IT IS HEREBY FURTHER STIPULATED that the Parties shall bear their own attorney's fees, costs, and expenses.

STIPULATED and DATED on August 8, 2022.

| | |
|---|---|
| /s/ Shawn W. Miller | /s/ Gia N. Marina |
| David H. Krieger, Esq. | Gia N. Marina, Esq. |
| Shawn W. Miller, Esq. | CLARK HILL PLLC |
| KRIEGER LAW GROUP, LLC | 3800 Howard Hughes Drive |
| 5502 S. Fort Apache Road, Suite 200 | Suite 500 |
| Las Vegas, Nevada 89148 | Las Vegas, Nevada 89169 |
| Attorneys for Plaintiffs **Samone Session** | Attorneys for Defendant **DataX, Ltd** |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: August 9, 2022